**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Bruce Kenyon DAVIS, Defendant–Appellant.**

No. 12–13620
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 6, 2014.

Karin Bethany Hoppmann, Robert E. O'Neill, Thomas Nelson Palermo, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Mark W. Ciaravella, Mark W. Ciaravella, PA, Tampa, FL, for Defendant–Appellant.

Bruce Kenyon Davis, Beaver, WV, pro se.

Before TJOFLAT, MARCUS and FAY, Circuit Judges.

PER CURIAM:

Mark Ciaravella, appointed counsel for Bruce Davis in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Davis's convictions and sentences are **AFFIRMED.**